No. 95–1236.  BANDURA *v.* IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 95–1239.  BOWER *v.* BOWER.  Ct. App. Ohio, Sandusky County.  Certiorari denied.

No. 95–1252.  MATES *v.* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95–1274.  CATALINA ENTERPRISES, INCORPORATED PENSION TRUST *v.* HARTFORD FIRE INSURANCE CO.  C. A. 4th Cir. Certiorari denied.

No. 95–1301.  THOMSON *v.* HARMONY ET AL.  C. A. 6th Cir. Certiorari denied.

No. 95–1312.  RANEY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–1324.  LYON *v.* ALABAMA STATE BAR.  Sup. Ct. Ala. Certiorari denied.

No. 95–1333.  LUSSIER *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 95–1335.  HANSEN *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 95–1337.  BRITTON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 95–1368.  SACCOCCIA *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 95–1371.  HILL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–1374.  SPEARS *v.* STATE BAR OF ILLINOIS.  Sup. Ct. Ill. Certiorari denied.

No. 95–1383.  SACCOCCIA *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 95–1386.  STEPARD ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.